## E. F. Ringer, Appellee, v. William C. VanGilder, Appellant.

### Gen. No. 16,474.

APPEALS AND ERRORS—*effect of striking bill of exceptions*. If the bill of exceptions is stricken and the errors assigned are predicated only upon matters contained therein, an affirmance will be ordered.

Appeal from the Municipal Court of Chicago; the Hon. WILLIAM N. COTTRELL, Judge, presiding. Heard in this court at the March term, 1910. Affirmed. Opinion filed December 23, 1910.

BEACH & BEACH and CHARLES C. SPENCER, for appellant.

WHITE, MABIE & CONKEY, for appellee.

MR. PRESIDING JUSTICE MACK delivered the opinion of the court.

The bill of exceptions having been stricken from the record, the errors assigned therein cannot be considered. The judgment is therefore affirmed.

*Affirmed.*